# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08cv32

| | |
|---|---|
| SHERIDAN E. SNYDER; and <br> THE CLOSING PLACE, INC., <br><br> Plaintiffs, <br><br> Vs. <br><br> EVANGELINE A. LEDFORD, <br><br> Defendant. | ORDER |

**THIS MATTER** is before the court on plaintiffs' Notice of Voluntary Dismissal (#20). Such pleading does not contain the signature of counsel for defendant and an Answer has been filed. As such, the pleading was filed in violation of Rule 41(a)(1)(A), Federal Rules of Civil Procedure, and will be stricken.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiffs' Notice of Voluntary Dismissal (#20) is **STRICKEN.**

Signed: June 22, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge